

# Court of Appeals
## Sixth Appellate District of Texas

## J U D G M E N T

Carl Storck and Vicki Storck, Appellants

No. 06-13-00066-CV          v.

Tres Lagos Property Owners Association, Inc., Appellee

Appeal from the 62nd District Court of Franklin County, Texas (Tr. Ct. No. 10964). Opinion delivered by Justice Carter, Chief Justice Morriss and Justice Moseley participating.

As stated in the Court's opinion of this date, we find there was error in the judgment of the court below. Therefore, we reverse the trial court's judgment to the extent that it finds that the that the July 2012 board of directors' election of the Tres Lagos Property Owners Association, Inc., was valid and render judgment that this election was invalid. We affirm the trial court's judgment in all other respects.

We further order that each party shall bear its own costs of appeal.

RENDERED AUGUST 8, 2014
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk